## Local Rule Notice of and Assignment
## of Related Case in Original Proceedings
[sample; file with petition in original proceeding]

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 2:58:58 PM
CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☐    None

☐    Caption:              In Re Paula Tomasi, Relator

Trial court
case number:              2012--03438

Appellate court
case number:              _____

_____
[Signature of certifying attorney or pro se party]

_____
March 24, 2015
[Date]

**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."